[No. 23879. *En Banc.* June 3, 1933.]

MILDRED DOREEN STAM, *a Minor, by Her Guardian Ad Litem, Earl H. Stam, Appellant,* v. AL JOHNSON, *Defendant,* LINDEMAN POWER & EQUIPMENT COMPANY, *Respondent.*[1]

*John E. Porter, Henry C. Levinski,* and *Everett O. Butts,* for appellant.

*Grady & Velikanje, Stanley P. Velikanje,* and *Fred Kemp,* for respondent.

#### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* the court adheres to the Departmental opinion heretofore filed herein, and reported in 170 Wash. 534, 17 P. (2d) 4.

[No. 23799. *En Banc.* June 6, 1933.]

GREAT WESTERN THEATRE EQUIPMENT, INC., *Respondent,* v. FIRST NATIONAL BANK OF MONTESANO *et al., Appellants.*[2]

*B. G. Cheney* and *O. M. Nelson,* for appellants.

*Frank S. Griffith,* for respondent.

#### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the Departmental opinion heretofore filed herein, and reported in 170 Wash. 241, 16 P. (2d) 459.

[1]Reported in 23 P. (2d) 1118.
[2]Reported in 22 P. (2d) 1120.